FILED: February 2, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1020
(2:20-cv-04057-BHH)

_____

NEIL EICHMAN, as Personal Representative of the Estate of Megan R. Eichman

      Plaintiff - Appellant

v.

AUSTIN RISSANEN, in his individual capacity; CHARLESTON COUNTY SHERIFF'S OFFICE; TOWN OF JAMES ISLAND; USAA

      Defendants - Appellees

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Opening brief and Joint appendix due: 03/13/2024

Response brief due: 04/12/2024

Any reply brief: 21 days from service of response brief.

      For the Court--By Direction

      /s/ Nwamaka Anowi, Clerk